

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00072-CR

Sierra **FISHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5413A
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 19, 2018.

_____
Marialyn Barnard, Justice